# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MARK EDWARD FOLSOM

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:   8:04-CR-497-T-27TBM

USM Number:   41580-018

Howard Anderson AFPD
Defendant's Attorney

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1 through 4__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive urinalysis for cocaine | March 27, 2008 |
| 2 | Positive urinalysis for marijuana | March 27, 2008 |
| 3 | Failure to participate in Drug Aftercare Treatment | March 17, 2008 |
| 4 | Failure to report as directed | March 20, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: August 6, 2008

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

DATE: August __7th__, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

DEFENDANT: MARK EDWARD FOLSOM
CASE NUMBER: 8:04-CR-497-T-27TBM

Judgment - Page __2__ of __2__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **TWELVE (12) MONTHS**.

__X__ The Court makes the following recommendations to the Bureau of Prisons: The Court recommends the defendant be confined at Springfield MCFP, a facility closest to his parents.

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

____ at _____ a.m.    p.m.    on _____.

____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

____ before 2 p.m. on _____.

____ as notified by the United States Marshal.

____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

__By__ _____
DEPUTY UNITED STATES MARSHAL